IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.   3:19-cr-00364-ECM-WC |
| | ) | |
| NAYEF AMJAD QASHOU, | ) | |

GOVERNMENT'S AMENDED MOTION FOR DETENTION

Comes now the United States of America, by and through Louis V. Franklin, Sr., United States Attorney for the Middle District of Alabama, and pursuant to 18 U.S.C. § 3142(e) and (f) moves for detention of the above-captioned defendant.

1. Eligibility of Cases

    This case is eligible for a detention order because this case involves:

    | | 10 + year crime of violence (18 U.S.C. § 3156) |
    | | 10 + year federal crime of terrorism (18 U.S.C. § 2332b(g)(5)(B)) |
    | | Maximum sentence of life imprisonment or death |
    | | 10 + year drug offense |
    | | Felony, with at least two prior convictions in the above categories |
    | | Felony involving a minor victim |
    | | Felony involving possession or use of a firearm or other destructive device (as defined by 18 U.S.C. § 921) or any other dangerous weapon |
    | | Failure to register as a sex offender (18 U.S.C. § 2250) |
    | X | Serious risk the defendant will flee |
    | X | Serious risk of obstruction of justice |

2. Reason for Detention

The Court should detain defendant because there are no conditions of release which will reasonably assure:

  __ X __  Defendant's appearance as required.  *See* Section 5 below.

  __ X __  Safety of any other person and the community

3.  <u>Rebuttable Presumption</u>

The United States will invoke the rebuttable presumption against defendant under Section 3142(e).

  _____  Previous conviction for "eligible" offense committed while on pretrial bond, and a period of five years has not elapsed from defendant's conviction or release from imprisonment for the offense described

  _____  Probable cause to believe defendant committed 10 + year drug offense or probable cause to believe that defendant committed a crime in which a firearm was used or carried under Section 924(c)

  _____  Probable cause to believe defendant conspired to kill, kidnap, maim, or injure persons in a foreign country as prohibited under 18 U.S.C. § 956(a)

  _____  Probable cause to believe defendant committed act of terrorism transcending national boundaries (18 U.S.C. § 2332) or a 10 + year federal crime of terrorism as defined in 18 U.S.C. § 2332b(g)(5)(B)

  _____  Probable cause to believe defendant committed 10 + year offense involving a minor victim

4.  <u>Time for Detention Hearing</u>

The United States requests the Court conduct the detention hearing:

  _____  At the initial appearance

  __ X __  After continuance of __ 3 __ days

The Government also requests leave of court to file a supplemental motion with additional grounds or presumption for detention should this be necessary.

Respectfully submitted this the 18th day of September, 2019.

                                                LOUIS V. FRANKLIN, SR.,
                                                UNITED STATES ATTORNEY

                                                /s/ Robert K. Nichols, III
                                                ROBERT K. NICHOLS, III
                                                Assistant United States Attorney
                                                131 Clayton Street
                                                Montgomery, Alabama 36104
                                                Tel: (334) 223-7280
                                                Fax: (334) 223-7135
                                                Email: Robert.Nichols2@usdoj.gov