**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 3:19-CR-364-ECM** |
| | ) | |
| **NAYEF AMJAD QASHOU** | ) | |

### STATEMENT REGARDING COMPETENCY AND CRIMINAL RESPONSIBILITY

Nayef Qashou, through undersigned counsel, submits the following statement in compliance with this Court's order on January 31, 2020. Dkt. No. 30.

Mr. Qashou has undergone three separate evaluations to determine competency. Dkt. Nos. 20, 21, 28. While these resulted in slightly varying and overlapping diagnoses—the most recent of which includes: 1) Rule-Out Autism Spectrum Disorder, Level 1; and 2) Adjustment Disorder with Anxiety resulting from Mr. Qashou's present legal situation—all three evaluating physicians concluded that Mr. Qashou has the ability to understand the nature and consequences of these court proceedings and to cooperate with and assist counsel in his defense. Dkt. No. 28 at 12, 15; Dkt. No. 20 at 9; Dkt. No. 21 at 4. Counsel's own impressions, garnered over the past two months through phone calls and contact visits, similarly lead to the conclusion that Mr. Qashou is competent to proceed in this matter and to participate in his defense.

Presently, Mr. Qashou's defense team does not have evidence that would support an insanity defense.

Dated this 3rd day of February, 2020.

Respectfully submitted,

**s/ Sandi Y. Irwin**
**SANDI Y. IRWIN**
Bar No.: CA292946
Federal Defenders
Middle District of Alabama
817 South Court Street
Montgomery, AL 36104
TEL:   (334) 834-2099
FAX:   (334) 834-0353
E-Mail: Sandi_Irwin@fd.org

**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 3:19-CR-364-ECM** |
| | ) | |
| **NAYEF AMJAD QASHOU** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 3, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

Respectfully submitted,

**s/ Sandi Y. Irwin**
**SANDI Y. IRWIN**
Bar No.: CA292946
Federal Defenders
Middle District of Alabama
817 South Court Street
Montgomery, AL 36104
TEL:   (334) 834-2099
FAX:   (334) 834-0353
E-Mail: Sandi_Irwin@fd.org