**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **Case No.: 3:19-CR-364-ECM** |
| ) | |
| **NAYEF AMJAD QASHOU** ) | |

**NOTICE OF EXTENDED SENTENCING HEARING**

    **COMES NOW** the Defendant **NAYEF AMJAD QASHOU**, by and through undersigned counsel, Sandi Y. Irwin, and notifies the Court of an extended Sentencing Hearing pursuant to the Court's Order, Document No. 41, issued February 12, 2020.

    Dated this 12th day of June, 2020.

    Respectfully submitted,

    **s/ Sandi Y. Irwin**
    **SANDI Y. IRWIN**
    Bar No.: CA292946
    Federal Defenders
    Middle District of Alabama
    817 South Court Street
    Montgomery, AL 36104
    TEL:   (334) 834-2099
    FAX:   (334) 834-0353

**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **Case No.: 3:19-CR-364-ECM** |
| ) | |
| **NAYEF AMJAD QASHOU** ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 12, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

                       Respectfully submitted,

                       **s/ Sandi Y. Irwin**
                       **SANDI Y. IRWIN**
                       Bar No.: CA292946
                       Federal Defenders
                       Middle District of Alabama
                       817 South Court Street
                       Montgomery, AL 36104
                       TEL:   (334) 834-2099
                       FAX:   (334) 834-0353
                       E-Mail: Sandi_Irwin@fd.org