IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. No. 3:19-cr-364-ECM |
| | ) | |
| NAYEF AMJAD QASHOU | ) | |

GOVERNMENT'S RESPONSE TO DEFENDANT'S SENTENCING MEMORANDUM

COMES NOW the United States of America, by and through Louis V. Franklin, Sr., United States Attorney for the Middle District of Alabama, and in response to Defendant's Sentencing Memorandum filed June 23, 2020, offers the following:

1. In accordance with the government's Sentencing Memorandum, and due to the unique circumstances of the case at bar, the government agrees with the defendant's arguments and requests that this Honorable Court accept, and sentence in accordance with, the plea agreement.

Respectfully submitted, this the 25th day of June, 2020.

LOUIS V. FRANKLIN, SR.
UNITED STATES ATTORNEY


*/s/ Robert K. Nichols, III*_____
ROBERT K. NICHOLS, III
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
Tel: (334) 223-7280
Email: Robert.Nichols2@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. No. 3:19-cr-364-ECM |
| | ) | |
| NAYEF AMJAD QASHOU | ) | |

## CERTIFICATE OF SERVICE

I, Robert K. Nichols, III, Assistant United States Attorney, hereby certify that on this 25th day of June, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically serve a copy upon all counsel of record, including counsel for Defendant.

Respectfully submitted,

*/s/ Robert K. Nichols, III*_____
ROBERT K. NICHOLS, III
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
Tel: (334) 223-7280
Email: Robert.Nichols2@usdoj.gov