IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:19-cr-364-ECM |
| | ) | |
| NAYEF AMJAD QASHOU | ) | |

MOTION TO DECREASE DEFENDANT'S OFFENSE LEVEL PURSUANT TO UNITED STATES SENTENCING GUIDELINE § 3E1.1(b)
FOR ACCEPTANCE OF RESPONSIBILITY

Comes now the United States of America, by and through Louis V. Franklin, Sr., United States Attorney for the Middle District of Alabama, and files the above-captioned Motion, and as reasons therefore, submits the following:

1. Defendant qualifies for a reduction in his sentence pursuant to U.S.S.G. § 3E1.1(b) because he assisted authorities in the investigation and prosecution of his own misconduct by timely notifying authorities of his intention to enter a plea of guilty, thereby permitting the United States to avoid preparing for trial and permitting the Government and this Court to allocate their resources efficiently.

2. Accordingly, pursuant to U.S.S.G. § 3E1.1(b), the United States respectfully moves this Court to reduce defendant's offense level by one (1) level. Combined with the two (2) level reduction applied to defendant's offense level pursuant to U.S.S.G. § 3E1.1(a), a total reduction of three (3) levels should be applied to defendant's offense level for his acceptance of responsibility.

2

Respectfully submitted this the 25th day of June, 2020.

                        LOUIS V. FRANKLIN, SR.
                        UNITED STATES ATTORNEY

                        /s/ Robert K. Nichols, III
                        ROBERT K. NICHOLS, III
                        Assistant United States Attorney
                        131 Clayton Street
                        Montgomery, Alabama 36104
                        Tel: (334) 223-7280
                        Fax: (334) 223-7135
                        Email: Robert.Nichols2@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.  3:19-cr-364-ECM |
| | ) | |
| NAYEF AMJAD QASHOU | ) | |

CERTIFICATE OF SERVICE

I, Robert K. Nichols, III, Assistant United States Attorney, hereby certify that on this the 25th day of June 2020, I filed the foregoing with the Clerk of the Court through the CM/ECF system, which will provide notification of such filing to counsel for defendant.

Respectfully submitted,

/s/ Robert K. Nichols, III
ROBERT K. NICHOLS, III
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
Tel: (334) 223-7280
Fax: (334) 223-7135
Email: Robert.Nichols2@usdoj.gov