**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **Case No.: 3:19-CR-364-ECM-WC** |
| ) | |
| **NAYEF AMJAD QASHOU** ) | |

**NOTICE OF INTENT TO CHANGE PLEA**

**NAYEF AMJAD QASHOU**, through Undersigned Counsel, Sandi Y. Irwin, notifies the Court of his intent to change his previously entered plea of not guilty to guilty. Mr. Qashou waives his right to plead in front of a district judge and consents to do so before a magistrate judge.

Mr. Qashou further consents to change his plea by videoteleconference (VTC). The coronavirus pandemic poses serious risk to the health and wellbeing of this Court, its personnel, the United States Marshals Service, Mr. Qashou, and counsel. This risk can be mitigated by holding the change of plea hearing by VTC. Additionally, by entering his plea via VTC, Mr. Qashou will benefit from being able to change his plea without delay.

Dated this 24th day of July 2020.

Respectfully submitted,

**s/ Sandi Y. Irwin**
**SANDI Y. IRWIN**
Bar No.: CA292946
Federal Defenders
Middle District of Alabama
817 South Court Street
Montgomery, AL 36104
TEL:   (334) 834-2099
FAX:   (334) 834-0353
E-Mail: Sandi_Irwin@fd.org

### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF ALABAMA
### EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **Case No.: 3:19-CR-364-ECM-WC** |
| ) | |
| **NAYEF AMJAD QASHOU** ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

        Respectfully submitted,

        **s/ Sandi Y. Irwin**
        **SANDI Y. IRWIN**
        Bar No.: CA292946
        Federal Defenders
        Middle District of Alabama
        817 South Court Street
        Montgomery, AL 36104
        TEL: (334) 834-2099
        FAX: (334) 834-0353
        E-Mail: Sandi_Irwin@fd.org