# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 3:19-CR-364-ECM** |
| | ) | |
| **NAYEF AMJAD QASHOU** | ) | |

## MOTION TO EXTEND DEADLINE FOR SENTENCING MEMORANDUM

**COMES NOW** the Defendant, **NAYEF AMJAD QASHOU**, through Undersigned Counsel, Sandi Y. Irwin, and moves this Court to extend the deadline for the Defendant's sentencing memorandum. In support of this motion, Mr. Qashou would show the following.

1. The Court set sentencing for September 17, 2020, and ordered that sentencing memoranda be filed with any attachments by noon on September 9, 2020. Dkt. No. 62.

2. Undersigned counsel has been out of town since September 4, 2020.

3. Co-counsel, Stephen P. Ganter, had a sentencing hearing at 10:00 a.m. on September 9, 2020, in *United States v. Scarborough*, Case. No. 20-cr-43. Following the sentencing hearing, Mr. Ganter met with clients at the Montgomery County Jail and neglected to timely file the memorandum due at noon.

4. Mr. Qashou's sentencing memorandum and an exhibit were filed under seal after noon on September 9, 2020. Dkt. No. 64.

**WHEREFORE**, Mr. Qashou respectfully requests that this Motion be granted and that the Court extend the deadline for the sentencing memoranda and accept and consider for sentencing the memoranda and accompanying exhibit filed on September 9, 2020.

Dated this 10th day of September 2020.

                              Respectfully submitted,

                              **s/ Sandi Y. Irwin**
                              **SANDI Y. IRWIN**
                              Bar No.: CA292946
                              Federal Defenders
                              Middle District of Alabama
                              817 South Court Street
                              Montgomery, AL 36104
                              TEL:  (334) 834-2099
                              FAX:  (334) 834-0353

**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **Case No.: 3:19-CR-364-ECM** |
| ) | |
| **NAYEF AMJAD QASHOU** ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

        Respectfully submitted,

        **s/ Sandi Y. Irwin**
        **SANDI Y. IRWIN**
        Bar No.: CA292946
        Federal Defenders
        Middle District of Alabama
        817 South Court Street
        Montgomery, AL 36104
        TEL: (334) 834-2099
        FAX: (334) 834-0353
        E-Mail: Sandi_Irwin@fd.org