IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:19-cr-00364-ECM |
| | ) | |
| NAYEF AMJAD QASHOU | ) | |

**UNITED STATES' MOTION FOR LEAVE TO FILE SENTENCING MEMORANDUM OUT OF TIME**

Comes now the United States of America, by and through Louis V. Franklin, Sr., United States Attorney for the Middle District of Alabama, and requests that the Court grant the government leave to file its sentencing memorandum one day out of time. In support of this motion, the government states as follows:

1. The deadline for filing the sentencing memorandum was September 9, 2020.

2. As of recent, there has been a change of staff at the U.S. Attorney's Office and a breakdown of communication occurred as to the due date of the sentencing memorandum resulting in the sentencing memorandum being filed one day late.

For the foregoing reason, the government requests permission to file its sentencing memorandum one day out of time.

Respectfully submitted this the 10th day of September, 2020.

LOUIS V. FRANKLIN, SR.
UNITED STATES ATTORNEY

/s/Joshua J. Wendell
JOSHUA J. WENDELL
Assistant United States Attorney
131 Clayton Street
Montgomery, AL  36104
Telephone: (334) 223-7280
Fax: (334) 223-7135
Email: Josh.Wendell@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:19-cr-00364-ECM |
| | ) | |
| NAYEF AMJAD QASHOU | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Respectfully submitted,

/s/Joshua J. Wendell
JOSHUA J. WENDELL
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135
Email: Josh.Wendell@usdoj.gov

2