IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED
2020 SEP 14  P 1: 53
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
ALA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No.: 3:19-CR-364-ECM-WC |
| | ) |
| NAYEF AMJAD QASHOU | ) |

## MOTION TO SEAL

COMES NOW, Nayef Qashou, and moves this Court to file under seal his personal statement to the Court. The sentencing exhibit contains sensitive information regarding the Defendant.

Dated this 14th day of September, 2020.

Respectfully submitted,

STEPHEN GANTER
Bar No.: TX24003732
Federal Defenders
Middle District of Alabama
817 South Court Street
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Stephen_Ganter@fd.org

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 3:19-CR-364-ECM-WC |
| ) | |
| NAYEF AMJAD QASHOU ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 14, 2020, the foregoing **Motion to Seal** was hand delivered to the Clerk of Court for filing purposes. A copy of the same has been served upon the following:

Verne Speirs
United States Attorney's Office
131 Clayton Street
Montgomery, AL 36104

Respectfully submitted,

**STEPHEN GANTER**
Bar No.: TX24003732
Federal Defenders
Middle District of Alabama
817 South Court Street
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Stephen_Ganter@fd.org